STATE of Missouri, Respondent,

v.

Eugene A. JONES, Jr., Appellant.

No. 73598.

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 19, 1999.

Motion for Rehearing and/or Transfer to Supreme Court Denied
March 18, 1999.

Application to Transfer Denied
April 27, 1999.

Dorothy M. Hirzy, Clayton, for appellant.

Jeremiah W. Nixon, Linda Lemke, Jefferson City, for respondent.

Before PUDLOWSKI, P.J., and CRANDALL and AHRENS, JJ.

## ORDER

PER CURIAM.

Defendant Eugene Jones, Jr., appeals from the judgment entered following his jury convictions for first degree statutory rape, section 566.032, RSMo 1994, first degree statutory sodomy, section 566.062, RSMo 1994, and sodomy of a child less than 14 years old, section 566.060, RSMo Cum. Supp. 1993.

We have reviewed the briefs of the parties and the record on appeal and find sufficient evidence from which a reasonable juror might find the defendant guilty beyond a reasonable doubt. *State v. Grim,* 854 S.W.2d 403, 405 (Mo. banc 1993). An extended opinion would serve no jurisprudential purpose. We have, however, provided a memorandum opinion for the use of the parties only setting

forth the reasons for our decision. We affirm the judgment pursuant to Rule 30.25(b).